1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  JASON B. SHANE, State Bar No. 253908
   jshane@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:     (510) 433-2699

6

7  Attorneys for Defendants
   NATIONAL RAILROAD PASSENGER
8  CORPORATION; LORI ANN VENDETTI;
   INVESTIGATIVE CONSULTANTS
9  INTERNATIONAL, INC.; BRANDON I.
   AUGUST; AND CRAIG R. RIESTERER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| SHEILA DOYLE and CHARLES LORTZ,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS CENTRAL RAILROAD COMPANY dba CANADIAN NATIONAL, CN and/or CN/CI; NATIONAL RAILROAD PASSENGER CORPORATION; LORI ANN VENDETTI; INVESTIGATIVE CONSULTANTS INTERNATIONAL, INC.; BRANDON I. AUGUST; MICHAEL "DOC" BLACK; ROBERT ZEHRUNG; and CRAIG R. RIESTERER,<br><br>Defendants. | Case No. 1:08-cv-00971 LJO SMS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NATIONAL RAILROAD PASSENGER CORPORATION, LORI ANN VENDETTI, INVESTIGATIVE CONSULTANTS INTERNATIONAL, INC., BRANDON I. AUGUST AND CRAIG R. RIESTERER'S MOTION FOR SANCTIONS**<br><br>Hearing Date:    January 27, 2009<br>Hearing Time:   8:30 a.m.<br>Courtroom:       4<br>Judge:              Hon. Lawrence J. O'Neill |

Defendants National Railroad Passenger Corporation, Lori Ann Vendetti, Investigative Consultants International, Inc., Brandon I. August and Craig R. Riesterer's Motion for Sanctions was heard by Honorable Lawrence J. O'Neill, United States District Judge, on January 27, 2009, at 8:30 a.m.  Defendants were represented by Jason B. Shane of Lombardi, Loper & Conant, LLP.

/ / /

1  Plaintiffs were represented by Michael J. Cronen of Zimmerman & Cronen, LLP.  Plaintiffs were
2  properly served with Defendants' Motion for Sanctions.
3       Upon consideration of the documents submitted in this matter, and arguments at the
4  hearing, and good cause appearing therefore, IT IS HEREBY ORDERED THAT Defendants'
5  Motion for Sanctions is GRANTED and Plaintiffs' attorneys are to pay to Defendants the amount
6  of $5,240.60.

8  IT IS SO ORDERED:

10 DATED: _____

12                               By:_____
                                    Honorable Lawrence J. O'Neill
13                                  United States District Judge

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541