B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION; LORI ANN VENDETTI; INVESTIGATIVE CONSULTANTS INTERNATIONAL, INC.; BRANDON I. AUGUST; and CRAIG R. RIESTERER

Attorneys for Specially Appearing Defendant
ILLINOIS CENTRAL RAILROAD COMPANY (formerly doing business as CANADIAN NATIONAL / ILLINOIS CENTRAL RAILROAD COMPANY) (erroneously sued herein as ILLINOIS CENTRAL RAILROAD COMPANY dba CANADIAN NATIONAL, CN and/or CN/CI)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| SHEILA DOYLE and CHARLES LORTZ,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS CENTRAL RAILROAD COMPANY dba CANADIAN NATIONAL, CN and/or CN/CI; NATIONAL RAILROAD PASSENGER CORPORATION; LORI ANN VENDETTI; INVESTIGATIVE CONSULTANTS INTERNATIONAL, INC.; BRANDON I. AUGUST; MICHAEL "DOC" BLACK; ROBERT ZEHRUNG; and CRAIG R. RIESTERER,<br><br>Defendants. | Case No. 1:08-cv-00971 LJO SMS<br><br>**STIPULATION TO RESET HEARING DATES FOR (1) SPECIALLY APPEARING DEFENDANT ILLINOIS CENTRAL RAILROAD COMPANY'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(2) AND (2) DEFENDANTS NATIONAL RAILROAD PASSENGER CORPORATION, LORI ANN VENDETTI, INVESTIGATIVE CONSULTANTS INTERNATIONAL, INC., BRANDON I. AUGUST and CRAIG R. RIESTERER'S MOTION FOR SANCTIONS** |

///

1     IT IS HEREBY STIPULATED by and between Plaintiffs SHEILA DOYLE and
2 CHARLES LORTZ (hereinafter "Plaintiffs") and Specially Appearing Defendant ILLINOIS
3 CENTRAL RAILROAD COMPANY (hereinafter "Illinois Central"), through their designated
4 counsel, that the hearing on Illinois Central's Motion to Dismiss Pursuant to Rule 12(b)(2) of the
5 Federal Rules of Civil Procedure be continued until February 4, 2009, at 8:30 a.m. in the United
6 States District Court for the Eastern District of California, Fresno Division, Courtroom 4, located
7 at 2500 Tulare Street., Fresno, California.  IT IS FURTHER STIPULATED that Illinois Central's
8 deadline for filing its reply in support of its Motion to Dismiss will be based upon this new
9 hearing date.

10     IT IS HEREBY FURTHER STIPULATED by and between Plaintiffs and Defendants
11 NATIONAL RAILROAD PASSENGER CORPORATION, LORI ANN VENDETTI,
12 INVESTIGATIVE CONSULTANTS INTERNATIONAL, INC., BRANDON I. AUGUST and
13 CRAIG R. RIESTERER (hereinafter collectively "Defendants"), through their designated
14 counsel, that the hearing on Defendants' Motion for Sanctions be continued until February 4,
15 2009, at 8:30 a.m. in the United States District Court for the Eastern District of California, Fresno
16 Division, Courtroom 4, located at 2500 Tulare Street., Fresno, California.  IT IS FURTHER
17 STIPULATED that Plaintiffs' deadline for filing their opposition and Defendants' deadline for
18 filing their reply will be based upon this new hearing date.

19
20 Dated: December 22, 2008            ZIMMERMAN & CRONEN, LLP
21
22                                     By:      /s/ Michael J. Cronen
                                              MICHAEL J. CRONEN
23                                            Attorneys for Plaintiffs
                                        SHEILA DOYLE and CHARLES LORTZ
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

13249-38055 JBS 564284.1                    2                Case No. 1:08-CV-00145 LJO DLB

**STIPULATION TO RESET HEARING DATES**

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: December 22, 2008 | LOMBARDI, LOPER & CONANT, LLP |

By:     /s/ Jason B. Shane
B. CLYDE HUTCHINSON
JASON B. SHANE
Attorneys for Specially Appearing Defendant
ILLINOIS CENTRAL RAILROAD COMPANY

Dated: December 22, 2008                LOMBARDI, LOPER & CONANT, LLP

By:     /s/ Jason B. Shane
B. CLYDE HUTCHINSON
JASON B. SHANE
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION; LORI ANN VENDETTI;
INVESTIGATIVE CONSULTANTS
INTERNATIONAL, INC.; BRANDON I.
AUGUST; and CRAIG R. RIESTERER

IT IS SO ORDERED:

DATED: 12/22/2008

By:/s/ LAWRENCE J. O'NEILL
Honorable Lawrence J. O'Neill
United States District Judge

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

13249-38055 JBS 564284.1                3                Case No.  1:08-CV-00145 LJO DLB

**STIPULATION TO RESET HEARING DATES**

PDF created with pdfFactory trial version www.pdffactory.com