B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants
ILLINOIS CENTRAL RAILROAD COMPANY;
NATIONAL RAILROAD PASSENGER
CORPORATION; LORI ANN VENDETTI;
INVESTIGATIVE CONSULTANTS
INTERNATIONAL, INC.; BRANDON I.
AUGUST; and CRAIG R. RIESTERER

Attorneys for Unserved Defendants
MICHAEL "DOC" BLACK and
ROBERT ZEHRUNG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| SHEILA DOYLE and CHARLES LORTZ,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS CENTRAL RAILROAD COMPANY dba CANADIAN NATIONAL, CN and/or CN/CI; NATIONAL RAILROAD PASSENGER CORPORATION; LORI ANN VENDETTI; INVESTIGATIVE CONSULTANTS INTERNATIONAL, INC.; BRANDON I. AUGUST; MICHAEL "DOC" BLACK; ROBERT ZEHRUNG; and CRAIG R. RIESTERER,<br><br>Defendants. | Case No. 1:08-cv-00971 LJO SMS<br><br>**STIPULATION & ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiffs SHEILA DOYLE and

CHARLES LORTZ (collectively "Plaintiffs"), Defendants ILLINOIS CENTRAL RAILROAD

COMPANY, NATIONAL RAILROAD PASSENGER CORPORATION, LORI ANN

VENDETTI, INVESTIGATIVE CONSULTANTS INTERNATIONAL, INC., BRANDON I. AUGUST, and CRAIG R. RIESTERER (collectively "Defendants"), through their designated counsel, and unserved Defendants MICHAEL "DOC" BLACK and ROBERT ZEHRUNG (collectively "Unserved Defendants"), through their designated counsel, that the above-captioned action be and hereby is dismissed without prejudice.  Each party agrees to bear their own costs.

Dated: April 19, 2010

/s/ Sheila Doyle
SHEILA DOYLE

Dated: April 19, 2010

/s/ Charles Lortz
CHARLES LORTZ

Dated: April 23, 2010        LOMBARDI, LOPER & CONANT, LLP

By:     /s/ Jason B. Shane
B. CLYDE HUTCHINSON
JASON B. SHANE
Attorneys for Defendants
ILLINOIS CENTRAL RAILROAD COMPANY;
NATIONAL RAILROAD PASSENGER
CORPORATION; LORI ANN VENDETTI;
INVESTIGATIVE CONSULTANTS
INTERNATIONAL, INC.; BRANDON I.
AUGUST; and CRAIG R. RIESTERER
Attorneys for Unserved Defendants
MICHAEL "DOC" BLACK and ROBERT
ZEHRUNG

IT IS SO ORDERED. This Order closes the case.

Dated:   April 26, 2010

__/s/ LAWRENCE J. O'NEILL____
HON. LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

13249-38055 JBS 581633.1                    2                    Case No.  1:08-CV-00145 LJO SMS

**STIPULATION AND ORDER OF DISMISSAL**